## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS W. THOMPSON, JR.,      :
                                        :

       **Petitioner**                 :

                                        :       **CIVIL NO. 3:18-CV-1614**

       **v.**                            :

                                        :         **(Judge Caputo)**

WARDEN CLAIRE DOLL, *et al.,*       :
                                        :

       **Respondent**              :

# O R D E R

**AND NOW**, this **7th** day of **OCTOBER 2019**, upon consideration of Mr. Thompson's Petition for Writ of Habeas Corpus and the Commonwealth's Response to his Petition, it is hereby **ORDERED** that:

1. Mr. Thompson's Petition for Writ of Habeas Corpus (ECF No. 1) is dismissed as moot.

2. Mr. Thompson's motion for bail (ECF No. 9) is dismissed as moot.

3. The Clerk of Courts shall close this case.

                                     /s/ A. Richard Caputo
                                     **A. RICHARD CAPUTO**
                                     **United States District Judge**